# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Michael D. McLachlan,

        Plaintiff,

v.

Ann Arbor Credit Bureau, Collection Division, Inc.

        Defendant.

Case No. 2:15-cv-11675-LJM-APP
Hon. Laurie J. Michelson
Mag. Judge Anthony P. Patti

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice in its entirety. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

        s/Laurie J. Michelson
        LAURIE J. MICHELSON
        UNITED STATES DISTRICT JUDGE

Dated: February 16, 2016

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2016.

        s/Jane Johnson
        Case Manager to
        Honorable Laurie J. Michelson

Stipulated and Agreed:

| | |
|---|---|
| /s/ Brian P. Parker (w/consent) | /s/ Charity A. Olson |
| Brian P. Parker (P48617) | Charity A. Olson (P68295) |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| 2000 Town Center, Ste. 1900 | 2723 S. State St., Ste. 150 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| Tel: (248) 642-6268 | Tel: (734) 222-5179 |
| brianparker@collectionstopper.com | colson@olsonlawpc.com |

Dated: February 12, 2016